# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KEITH HALES, REBECCA HALES ) | |
| ) | Civil Action No. 19-CV-00730 |
| Plaintiff, ) | |
| ) | District Judge Manish S. Shah |
| v. ) | |
| ) | Magistrate Judge Jeffrey Cummings |
| MIDSTATE COLLECTION SOLUTIONS ) | |
| INC., ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by the Plaintiffs and Plaintiffs' attorney and the Defendant and Defendant's attorneys, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant shall be and hereby is dismissed, on the merits and with prejudice. Each side to bear its own fees and costs.

**Dated: May 13, 2019**

| | |
|---|---|
| s/*Larry P. Smith* | s/*Brandon S. Stein* |
| Larry P. Smith | David M. Schultz |
| David M. Marco | Brandon Stein |
| SmithMarco, P.C. | *Hinshaw & Culbertson LLP* |
| 55 W. Monroe Street, Suite 1200 | 151 North Franklin Street, Suite 2500 |
| Chicago, IL 60603 | Chicago, IL 60606 |
| Ph: (312) 324-3532 | Ph: (312) 704-3719 |
| lsmith@smithmarco.com | dschultz@hinshawlaw.com |
| dmarco@smithmarco.com | bstein@hinshawlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **STIPULATION OF DISMISSAL** by using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

/s/ *Brandon S. Stein*